# Order

**Michigan Supreme Court
Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

135390

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 135390
COA: 270828
Muskegon CC: 05-052358-FC

TONY DIMARES MOORE a/k/a
TONY DIMORES MOORE,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

s0317